Fill in this information to identify the case:

Debtor name **EYM Diner of DFW, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): ______________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Interbank<br>4921 North May Ave<br>Oklahoma City, OK 73112 | | | | | | $18,400,000.00 |
| 2 | Internal Revenue Service<br>P.o. Box 7346<br>Philadelphia, PA 19101-7346 | 800-973-0424 | Federal tax lien - payroll taxes 2025 -2026 | | | | $2,711,239.41 |
| 3 | Trust Capital Funding, LLC<br>10 Kearney Road, Suite 102<br>Needham, MA 02494 | | | | | | $852,350.92 |
| 4 | Direct Energy Business<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | | Utility Services | | | | $447,379.21 |
| 5 | Texas Comptroller of Public Accounts<br>Revenue Acct Division - Bankr. Sect<br>PO Box 13528<br>Austin, TX 78711 | 800-531-5441 | Sales Tax | | | | $342,478.90 |
| 6 | Arkia Management Group LLC<br>128 S Tryon St<br>Charlotte, NC 28202 | | | | | | $229,250.00 |
| 7 | RF Servicing LLC:<br>4601 Sheridan Street, Suite 600<br>Hollywood, FL 33021 | | | | | | $165,999.96 |
| 8 | McLane Company, Inc. - DFW<br>4747 McLane Pkwy<br>Temple, TX 76504 | (254) 771-7500 | Produce, Food | | | | $126,072.76 |

Debtor **EYM Diner of DFW, LLC** Case number *(if known)*

Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Marco Polo Inc<br>8120 Esters Blvd<br>Irving, TX 75063 | | Lease | | | | $117,485.68 |
| 10 | Atmos Energy<br>PO Box 740353<br>Cincinnati, OH 45274 | | Utility Services | | | | $111,957.14 |
| 11 | CCP Denny Grand P 4.25 LP<br>408 Westchase Drive<br>Grand Prairie, TX 75052 | | Lease - Store 6782 - 408 Westchase Dr, Grand Prairie TX | | | | $110,061.04 |
| 12 | Industrial Investors, LLC<br>7120 S. Cockrell Hill<br>Dallas, TX 75237 | | Lease - Store 7713 - 7120 S. Cockrell Hill, Dallas TX | | | | $84,415.03 |
| 13 | HJD Investments<br>6480 North Freeway<br>Fort Worth, TX 76137 | | Lease | | | | $80,000.00 |
| 14 | Dallas County Tax Assessor Collector<br>PO Box 139066<br>Dallas, TX 75313-9066 | 214-653-7811 | Personal Property Tax | | | | $71,980.51 |
| 15 | Samrock<br>12733 LBJ Freeway<br>Garland, TX 75041 | | Judgment | Disputed | | | $65,000.00 |
| 16 | Grapevine-Colleyville Area Tax Office<br>3072 Mustang Drive<br>Grapevine, TX 76051-5901 | | Real Estate Property Tax | | | | $46,965.63 |
| 17 | Carrolton Farmers Branch ISD<br>PO Box 110611<br>Carrollton, TX 75011-0611 | 972-968-6106 | Real Estate Property Tax | | | | $40,197.92 |
| 18 | Evelyn Lanscaping<br>302 w 7th St<br>IRVING, TX 75060 | (972) 339-2736 | Repairs and Maintenance Services | | | | $39,912.91 |
| 19 | PILOT TRAVEL CENTERS LLC<br>5508 Lonas Drive<br>Knoxville, TN 37909 | | Utility Services and Lease | | | | $33,153.18 |
| 20 | Tarrant County Tax Assessor-Collector<br>PO Box 961018<br>Fort Worth, TX 76161-0018 | 817-884-1100 | Personal Property Tax | | | | $28,275.12 |